UNITED STATES DISTRICT COURT

Northern District of California

San Jose Division

HARRY WONG CHAN,

    Plaintiff,

v.

MAIN STREET ACQUISITION CORP., et al,
    Defendants.
_____/

No. C 13-2343 LHK

**ORDER RE: ATTENDANCE AT MEDIATION**

Date:    November 21, 2013
Mediator:    Karen Boyd

IT IS HEREBY ORDERED that the request to excuse defendant Main Street Acquisition Corp.'s client representative from appearing in person at the November 21, 2013 mediation session before Karen Boyd is GRANTED. The representative shall be available at all times to participate telephonically in the mediation in accordance with ADR L.R. 6-10(f).

IT IS SO ORDERED.

November 15, 2013    By: _____
Dated                                     Maria-Elena James
                                                United States Magistrate Judge