Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California  95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
HARRY WONG CHAN

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| HARRY WONG CHAN,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>MAIN STREET ACQUISITION CORP., a Nevada corporation; NELSON & KENNARD, a general partnership; ROBERT SCOTT KENNARD, individually and in his official capacity;  JAMIE ALLISON FORBES, individually and in her official capacity; and RICHARD KENT GILBERT, individually and in his official capacity;<br><br>　　　　　　　　Defendants. | Case No. 5:13-CV-02343-LHK-PSG<br><br>**STIPULATION OF DISMISSAL AND [**PROPOSED**] ORDER**<br><br>Fed. R. Civ. P. 41(a)(1) |

　　　Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, HARRY WONG CHAN, and Defendants, MAIN STREET ACQUISITION CORP., NELSON & KENNARD, ROBERT SCOTT KENNARD, JAMIE ALLISON FORBES, and RICHARD KENT GILBERT, stipulate, and the Court hereby orders, as follows:

　　　1.　　The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, HARRY WONG CHAN, against all Defendants in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

/ / /

- 2 -

|   |   |
|---|---|
| | CONSUMER LAW CENTER, INC. |
| Dated: December 31, 2013 | By: /s/ Fred W. Schwinn |
| | Fred W. Schwinn, Esq. |
| | Attorney for Plaintiff |
| | HARRY WONG CHAN |
| | |
| | SIMMONDS & NARITA, LLP |
| Dated: December 31, 2013 | By: /s/ Tomio B. Narita |
| | Tomio B. Narita, Esq. |
| | Attorney for Defendants |
| | NELSON & KENNARD |
| | ROBERT SCOTT KENNARD |
| | JAMIE ALLISON FORBES |
| | RICHARD KENT GILBERT |

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

Dated: January 3, 2014

*Lucy H. Koh*
The Honorable Lucy H. Koh
United States District Judge